## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PERI & SONS FARMS, INC., a Nevada corporation )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>JAIN IRRIGATION, INC., a corporation, )<br>and AGRI-VALLEY IRRIGATION, INC., )<br>a corporation, )<br>)<br>)<br>Defendants. )<br>_____ ) | 3:11-cv-00757-VPC<br><br>**MINUTES OF THE COURT**<br><br><br><br>January 8, 2013 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: _____LISA MANN_____   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendant Jain Irrigation, Inc.'s ("Jain") motion to seal Docket No. 100-7 (#114), which is Exhibit 6 to Docket No. 100-1. Jain contends that Docket No. 100-7, which contains exhibits 80, 81, and 82, was marked as "confidential" during the deposition of Jain employee Brian Woodward, in conformance with the parties' December 28, 2011, Stipulated Protective Order. However, the actual exhibits to the deposition were mistakenly not marked as "confidential."

Subsequently, plaintiff Peri & Sons Farms, Inc. included exhibits 80, 81, and 82 as evidence in support of its opposition to Jain's motion for partial summary judgment (#100-7). Jain contends that exhibits 80, 81, and 82 contain sensitive proprietary information and asks the court to seal Docket No. 100-7. Plaintiff did not oppose the motion.

Jain's motion to seal Docket No. 100-7 (#114) is hereby **GRANTED.** Docket No. 100-7 shall be filed under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
      Deputy Clerk